FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 2 0 2005

DAVID J. MALAND, CLERK
BY
DEPUTY_____

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:93cr65 |
| | § | (Judge Brown) |
| DAVID ALLEN METIVIER | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further

**ORDERED** that Defendant's Supervised Release is **REVOKED**. It is further

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for seven (7) months, receiving credit for time served, with no supervised release to follow.

SIGNED this 20 day of June, 2005.

*Paul Brown*
PAUL BROWN
UNITED STATES DISTRICT JUDGE